JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER HOGAN, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>AIRCO AVIATION SERVICES, LLC, a Delaware limited liability company; ERMC AVIATION, LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:22-cv-08898-SPG-PLA<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: May 19, 2023

By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE